Alice D. PROCTOR & Another, etc., Appellants, v. UNITED STATES of America, Appellee.

No. 222.

Circuit Court of Appeals, Second Circuit.

Feb. 1, 1932.

Miller & Hubbell, of Utica, N. Y., for appellants.

Oliver D. Burden, U. S. Atty., and Henry R. Follett, Asst. U. S. Atty., both of Syracuse, N. Y. (C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and Henry C. Clark, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., of counsel), for the United States.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Judgment affirmed.